UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| AMANOEEL A. MOSHI, | ) | 2:12-CV-01018-PMP-CWH |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        **IT IS ORDERED** that Defendant's fully briefed Motion in Limine to Exclude Argument and/or Testimony by Any Witness to Any Claims of Breach of the Implied Covenant of Good Faith and Fair Dealing, Insurance 'Bad Faith' or, Breach of the Nevada Fair Claims Practices Act (Doc. #20) is **DENIED** without prejudice to renew a motion for such relief following ruling by the Court on Defendant's First Motion for Partial Summary Judgment (Doc. #16).

DATED: July 5, 2013.

_____
PHILIP M. PRO
United States District Judge