UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANOEEL A. MOSHI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>　　　　　Defendant. | 2:12-CV-01018-PMP-CWH<br><br>**<u>ORDER</u>** |

**IT IS ORDERED** that Defendant's fully briefed Motion in Limine to Exclude Argument and/or Testimony by Any Witness to Any Claims of Breach of the Implied Covenant of Good Faith and Fair Dealing, Insurance 'Bad Faith' or, Breach of the Nevada Fair Claims Practices Act (Doc. #20) is **DENIED** without prejudice to renew a motion for such relief following ruling by the Court on Defendant's First Motion for Partial Summary Judgment (Doc. #16).

DATED: July 5, 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　United States District Judge