UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AMANOEEL A. MOSHI, | 2:12-CV-01018-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Having read and considered Defendant's fully briefed Motion in Limine to Preclude any Evidence or Testimony of Plaintiff's Future Medical or Economic Damages (Doc. #23), and for the reasons set for in Defendant's Motion and Reply Memorandum (Doc. #36) and there appearing to be no evidence in the record supporting a claim on behalf of Plaintiff for future medical or economic damages, and good cause appearing,

**IT IS ORDERED THAT** Defendant's Motion in Limine to Preclude any Evidence or Testimony of Plaintiff's Future Medical or Economic Damages (Doc. #23) is **GRANTED**.

DATED: July 5, 2013.

PHILIP M. PRO
United States District Judge