UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| AMANOEEL A. MOSHI, | ) | 2:12-CV-01018-PMP-CWH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Before the Court for consideration is Plaintiff's fully briefed Motion for Reconsideration of Order Granting Defendant's Motion in LImine to Preclude Any Evidence or Testimony of Plaintiff's Future Medical or Economic Damages (Doc. #39) filed July 17, 2013.

As argued in Defendant's Response (Doc. #41) Plaintiff has not satisfied his obligation to show either newly discovered evidence, an intervening change in applicable law, or that this Court committed clear error in its original ruling (Doc. #38) so as to warrant reconsideration. Moreover, even were this Court to reconsider its original ruling, Plaintiff again has failed to demonstrate evidence supporting his claim for future medical or economic damages.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration of Order Granting Defendant's Motion in LImine to Preclude Any Evidence or Testimony of Plaintiff's Future Medical or Economic Damages (Doc. #39) is **DENIED**.

DATED: August 13, 2013

_____
PHILIP M. PRO
United States District Judge