UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANOEEL A. MOSHI,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>    Defendant. | 2:12-CV-01018-PMP-CWH<br><br>ORDER |

        Defendant State Farm Mutual Automobile Insurance Company ("State Farm") failed to redact Plaintiff Amanoeel A. Moshi's home address, birthday, and social security number from Plaintiff's Response to Defendant's Interrogatories, which is attached as Exhibit C to State Farm's Motion for Summary Judgment and/or in the Alternative, Motion to Bifurcate Extra-Contractual Cause of Action (Doc. #16), in contravention of United States District Court, District of Nevada Special Order No. 108.  Special Order No. 108 provides that "parties shall refrain from including, or shall partially redact" social security numbers, names of minor children, dates of birth, financial account numbers, and home addresses.  To protect Moshi's personal identification information, the Court orders the Clerk of Court to seal State Farm's Motion for Partial Summary Judgment and/or in the Alternative, Motion to Bifurcate, Extra-Contractual Cause of Action (Doc. #16) in its entirety.  State Farm shall re-file its entire Motion, including all exhibits, with appropriate redactions to Exhibit C, for the public record in accordance with Special Order No. 108 on or before October 7, 2013.

IT IS THEREFORE ORDERED that the Clerk of Court shall seal Defendant State Farm Mutual Automobile Insurance Company Motion for Summary Judgment and/or in the Alternative, Motion to Bifurcate Extra-Contractual Cause of Action (Doc. #16) in its entirety.

IT IS FURTHER ORDERED that Defendant State Farm Mutual Automobile Insurance Company shall re-file its entire Motion, including all exhibits, with appropriate redactions to Exhibit C, for the public record in accordance with Special Order No. 108 on or before October 7, 2013.

DATED: September 30, 2013

_____
PHILIP M. PRO
United States District Judge